UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 02 2024

TAMMY H. DOWNS, CLERK
By: _____ DEP.CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 3:24CR 00013 LPR |
| v. | M-24-0634-M-02 |
| CESAR CORTEZ-ROCHA, | 21 U.S.C. § 846 |
| 2 AMADO BARRANCO, JR. aka "Myo", | 21 U.S.C. § 841(a)(1) |
| BOBBY FRANKLIN BARBER, | 21 U.S.C. § 841(b)(1)(A) |
| MISTY DAWN BARBER, | 18 U.S.C. § 922(g)(1) |
| JAMIE LYNN PATTERSON, | 18 U.S.C. § 1956(h) |
| AMIE DAWN EGGERS, | 18 U.S.C. § 1956(a)(1)(A)(i) |
| CAREY WAYNE PEDEN, | 18 U.S.C. § 1956(a)(1)(B)(i) |
| VANCE ALLEN BROWN, and | |
| FNU LNU aka "Edgar Torres" | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

From in or around January 2022, through in or around June 2023, in the Eastern District of Arkansas and elsewhere, the defendants,

CESAR CORTEZ-ROCHA,
2 AMADO BARRANCO, JR., aka "Myo",
BOBBY FRANKLIN BARBER,
MISTY DAWN BARBER,
JAMIE LYNN PATTERSON,
AMIE DAWN EGGERS,
CAREY WAYNE PEDEN,
VANCE ALLEN BROWN, and
FNU LNU aka "Edgar Torres"

voluntarily and intentionally conspired with each other, and with others known and unknown to the grand jury, to knowingly and intentionally to distribute and possess with intent to distribute 50 grams or more of methamphetamine (actual) and 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about September 18, 2022, in the Eastern District of Arkansas, the defendant,

BOBBY FRANKLIN BARBER,

knowingly and intentionally possessed with intent to distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 3

A.   On or about September 18, 2022, the defendant,

BOBBY FRANKLIN BARBER,

had been previously and knowingly convicted of a crime punishable by a term of imprisonment exceeding one year, that is: Criminal Attempt to Manufacture Methamphetamine, in Craighead County, Arkansas, Circuit Court in Case Number 16JCR-09-875.

B.   On or about September 18, 2022, in the Eastern District of Arkansas, the defendant,

BOBBY FRANKLIN BARBER,

knowingly possessed, in and affecting commerce, one or more rounds of Aguila ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 4

On or about January 6, 2023, in the Eastern District of Arkansas, the defendant,

AMADO BARRANCO, JR., aka "Myo",

knowingly and intentionally distributed 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

## COUNT 5

From in or around January 2022, through in or around June 2023, in the Eastern District of Arkansas and elsewhere, the defendants,

>CESAR CORTEZ-ROCHA,
>JAMIE LYNN PATTERSON,
>AMIE DAWN EGGERS,
>VANCE ALLEN BROWN, and
>FNU LNU aka "Edgar Torres"

willfully and knowingly conspired with each other, and others known and unknown to the grand jury, to commit certain offenses under Title 18, United States Code, Section 1956, in that they conducted and attempted to conduct financial transactions affecting interstate commerce, which transactions involved the proceeds of specified unlawful activity, that is, conspiracy to distribute and possess with intent to distribute 50 grams or more of methamphetamine (actual) and 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Section 846, (1) with the intent to promote the carrying on of such specified unlawful activity, and (2) knowing that the transaction was designed in whole or in part to conceal and disguise the nature, location, source, ownership and control of the proceeds of said specified unlawful activity, in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 1956(a)(1)(B)(i).

All in violation of Title 18, United States Code, Section 1956(h).

## COUNTS 6 THROUGH 15

On or about the dates enumerated below, in the Eastern District of Arkansas and elsewhere, the defendants,

>JAMIE LYNN PATTERSON,
>AMIE DAWN EGGERS, and
>VANCE ALLEN BROWN,

as specifically identified below, knowingly conducted and attempted to conduct the following

financial transactions affecting interstate commerce, which involved the proceeds of a specified unlawful activity, that is, conspiracy to distribute and possess with intent to distribute 50 grams or more of methamphetamine (actual) and 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Section 846, (1) with the intent to promote the carrying on of such specified unlawful activity, and (2) knowing that the transaction was designed in whole or in part to conceal and disguise the nature, location, source, ownership and control of the proceeds of said specified unlawful activity, and that while conducting and attempting to conduct such financial transactions knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity. That is, proceeds involved the funds and monetary instruments in the amounts expended as set out below:

| Count | Date of Transaction | Defendant | Transaction | Dollar Amount |
|---|---|---|---|---|
| 6 | January 31, 2022 | Jamie Lynn Patterson | CashApp to Cesar Cortez-Rocha | $1,000.00 |
| 7 | March 2, 2022 | Jamie Lynn Patterson | CashApp to Cesar Cortez-Rocha | $1,000.00 |
| 8 | May 10, 2022 | Jamie Lynn Patterson | CashApp to Cesar Cortez-Rocha | $1,000.00 |
| 9 | July 19, 2022 | Jamie Lynn Patterson | CashApp to Cesar Cortez-Rocha | $1,000.00 |
| 10 | March 20, 2022 | Amie Dawn Eggers | CashApp to Cesar Cortez-Rocha | $1,000.00 |
| 11 | April 20, 2022 | Amie Dawn Eggers | CashApp to Cesar Cortez-Rocha | $1,600.00 |
| 12 | April 23, 2022 | Amie Dawn Eggers | CashApp to Cesar Cortez-Rocha | $1,000.00 |
| 13 | April 2, 2022 | Amie Dawn Eggers | CashApp to Vance Brown | $650.00 |
| 14 | April 20, 2022 | Vance Brown | CashApp to Amie Dawn Eggers | $2,300.00 |
| 15 | April 23, 2022 | Vance Brown | CashApp to Amie Dawn Eggers | $1,500.00 |

All in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and 1956(a)(1)(B)(i).

## FORFEITURE ALLEGATION 1

Upon conviction of Counts 1, 2, 3, or 4 of this Indictment, the defendants,

CESAR CORTEZ-ROCHA,
AMADO BARRANCO, JR., aka "Myo",
BOBBY FRANKLIN BARBER,
MISTY DAWN BARBER,
JAMIE LYNN PATTERSON,
AMIE DAWN EGGERS,
CAREY WAYNE PEDEN,
VANCE ALLEN BROWN, and
FNU LNU aka "Edgar Torres"

shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(1), all property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as a result of the offense.

## FORFEITURE ALLEGATION 2

Upon conviction of Count 1, 2, 3, or 4 of this Indictment, the defendants,

CESAR CORTEZ-ROCHA,
AMADO BARRANCO, JR., aka "Myo",
BOBBY FRANKLIN BARBER,
MISTY DAWN BARBER,
JAMIE LYNN PATTERSON,
AMIE DAWN EGGERS,
CAREY WAYNE PEDEN,
VANCE ALLEN BROWN, and
FNU LNU aka "Edgar Torres"

shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(2), all of the person's property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

## FORFEITURE ALLEGATION 3

Upon conviction of Count 1, 2, 3, or 4 of this Indictment, the defendants,

CESAR CORTEZ-ROCHA,
AMADO BARRANCO, JR., aka "Myo",
BOBBY FRANKLIN BARBER,
MISTY DAWN BARBER,
JAMIE LYNN PATTERSON,
AMIE DAWN EGGERS,
CAREY WAYNE PEDEN,
VANCE ALLEN BROWN, and
FNU LNU aka "Edgar Torres"

shall forfeit to the United States, under Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including, but not limited to, the following specific property: one or more rounds of Aguila ammunition.

## FORFEITURE ALLEGATION 4

Upon conviction of one or more crimes alleged in Counts 5 through 15 of this Indictment, the defendants,

CESAR CORTEZ-ROCHA,
JAMIE LYNN PATTERSON,
AMIE DAWN EGGERS,
VANCE ALLEN BROWN, and
FNU LNU aka "Edgar Torres"

shall forfeit to the United States, under Title 18, United States Code, Section 982(a)(1), all property, real or personal, involved in the offense, and all property that is traceable to the property involved in the offense, including, but not limited to a money judgment that represents the property constituting, or derived from proceeds obtained as a result of the offense.

[End of text. Signature page to follow.]

☐ NO TRUE BILL.  ☑ TRUE BILL.

**REDACTED SIGNATURE**

FOREPERSON OF THE GRAND JURY

JONATHAN D. ROSS
UNITED STATES ATTORNEY



By: ERIN O'LEARY
AR Bar Number 2011069
Assistant U.S. Attorney
P.O. Box 1229
Little Rock, AR 72203
Telephone: (501) 340-2600
E-mail: Erin.O'Leary@usdoj.gov